NAME OF THE COURT

| | | |
|---|---|---|
| PLAINTIFF'S NAME(S), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case number: _____ |
| | § | |
| DEFENDANT'S NAME(S), | § | |
| | § | |
| Defendant. | § | |

**TITLE OF DOCUMENT**

                    Signature of Attorney/Party
                    Signature block of Attorney/Party

TRAINING DOCUMENT